**IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
ALBANY DIVISION**

| | |
|---|---|
| ALBANY LENDING & INVESTMENT, INC., : | |
| Plaintiff : | |
| v.  : | 1:05-CV-53 (WLS) |
| T.H. PRITCHETT, L.P., et. al., : | |
| Defendants : | |

**ORDER**

The parties have represented to the Court that the above-entitled action has been mediated and settled following arbitration. Based upon the parties' representation, the Court hereby **ORDERS** the parties to file their dismissal document(s) by **Friday, May 19, 2006.** In the event the parties are unable to file said document(s) by that date, the parties shall instead file a written status report concerning an agreement to settle or for the entry of final settlement. Additionally, the Court finds that all pending motions (Docs. 23, 26, 28, 36, 38) should be, and hereby are, **DENIED AS MOOT WITHOUT PREJUDICE**.

**SO ORDERED**, this   9th   day of May, 2006.

   /s/W. Louis Sands
   **W. LOUIS SANDS, CHIEF JUDGE
   UNITED STATES DISTRICT COURT**